# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II | BK NO. 21-00471 HWV |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 and index same on the master mailing list.

Respectfully submitted,



Rebecca Solarz
19 Mar 2021, 10:01:47, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322