UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH ANDREW VALENZIA a/k/a JOSEPH ANDREW VALENZIA, II<br>Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| JOSEPH ANDREW VALENZIA a/k/a JOSEPH ANDREW VALENZIA, II<br>Respondent | : | CASE NO. 1-21-bk-00471-HWV<br><br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.