# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH ANDREW VALENZIA, AKA JOSEPH
ANDREW VALENZIA II

CASE NO: 1:21-00471

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 13

On 8/26/2021, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/26/2021

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire 42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111
717 238 5250

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH ANDREW VALENZIA, AKA JOSEPH
ANDREW VALENZIA II

CASE NO: 1:21-00471

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**
Chapter: 13

On 8/26/2021, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/26/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Andrew Valenzia,
aka Joseph Andrew Valenzia II,

    **Debtor 1**

Chapter      13

Case No.    1:21−bk−00471−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on July 19, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: August 25, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-21-BK-00471-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU AUG 26 10-52-41 EDT 2021

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

BUREAU OF ACCOUNT MANAGMENT
3607 ROSEMONT AVE STE 502
PO BOX 8875
CAMP HILL PA 17001-8875

COMENITYCAPITALBJSCLB
ATTN BANKRUPTCY
PO BOX 18125
COLUMBUS OH 43218

COMPUTER CREDIT INC
PO BOX 5238
WINSTON SALEM NC 27113-5238

CREDIT COLLECTION SERVICES
725 CANTON STREEET
NORWOOD MA 02062-2679

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

~~EXCLUDE~~
~~GARY J IMDLUM~~
~~IMDLUM LAW OFFICES PC~~
~~4615 PERRY STREET~~
~~HARRISBURG PA 17111-2660~~

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MET ED
76 S MAIN STREET
A-RPC
AKRON OH 44308-1890

MET ED FIRST ENERGY
101 CRAWFORD CORNER RD
BLDG 1 SUITE 1-511
HOLMDEL NJ 07733-1976

METROPOLITAN EDISON COMPANY
101 CRAWFORDS CORNER RD
BLDG 1 SUITE 1-511
HOLMDEL NJ 07733-1976

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE IN 47731-3251

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165-0250

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

TOWER FEDERAL C U
7901 SANDY SPRING RD
LAUREL MD 20707-3589

TOWER FEDERAL CU
ATTN BANKRUPTCY
PO BOX 123
ANNAPOLIS JUNCTION MD 20701-0123

TOWER FEDERAL CREDIT UNION
7901 SANDY SPRING ROAD
LAUREL MD 20707-3589

US BANK NATIONAL ASSOCIATION AS TRUSTEE
CO SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250

UPMC PINNACLE
PO BOX 2353
HARRISBURG PA 17105-2353

USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

DEBTOR
JOSEPH ANDREW VALENZIA
4115 YORK ROAD
NEW OXFORD PA 17350-9116

YORK ADAMS TAX BUREAU
POST OFFICE BOX 15627
YORK PA 17405-0156

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

Joseph Andrew Valenzia
4115 York Road
New Oxford, PA 17350
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
PNC BANK, NATIONAL ASSOCIATION
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(Former Trustee)

dehartstaff@pamd13trustee.com