United States Bankruptcy Court
Middle District of Pennsylvania

In re:          Case No. 21-00471-HWV
Joseph Andrew Valenzia          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 29, 2022      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

**Recip ID     Recipient Name and Address**
+   MS CAROL SUE MCCORD VALENZIA, 4115 YORK ROAD, NEW OXFORD, PA 17350-9116

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 bnicholas@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum
    on behalf of Debtor 1 Joseph Andrew Valenzia gary.imblum@imblumlaw.com

| | |
|---|---|
| | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2<br>　　　　　　　Movant<br>　　vs. | NO. 21-bk-00471 HWV<br><br>11 U.S.C. Section 362 & 1301 |
| Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II<br>　　　　　　　Debtor(s)<br>Carol Sue Mccord Valenzia<br>　　　　　　　Co-Debtor<br>Jack N. Zaharopoulos<br>　　　　　　　Trustee | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 28, 2022