**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II | CHAPTER 13 |
| Debtor(s) | |
| PNC BANK, NATIONAL ASSOCIATION | |
| Movant | NO. 21-00471 HWV |
| vs. | |
| Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos | |
| Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.