IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH ANDREW VALENZIA          : CHAPTER 13
         aka JOSEPH ANDREW VALENZIA     :
         Debtor                                         :
                                                            :
         JACK N. ZAHAROPOULOS                :
         STANDING CHAPTER 13 TRUSTEE    :
         Objectant                                    :
                                                            :
         vs.                                             : CASE NO. 1:21-bk-00471-HWV
                                                            :
         GARY J. IMBLUM, ESQUIRE           : OBJECTION TO APPLICATION
         Applicant                                    : FOR ATTORNEY FEES

<u>ORDER</u>

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney fees sought in the Third Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: