In re:  Case No. 21-00471-HWV
Joseph Andrew Valenzia  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 10, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

**Recip ID**     **Recipient Name and Address**
+    MS CAROL SUE McCORD VALENZIA, 4115 YORK ROAD, NEW OXFORD, PA 17350-9116

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brent J Lemon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com

Brent J Lemon
    on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 blemon@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum
    on behalf of Debtor 1 Joseph Andrew Valenzia gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info

ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Michelle McGowan

on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 mimcgowan@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II<br>Debtor(s) | Chapter 13 |
| U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2<br>Moving Party<br>v.<br>Joseph Andrew Valenzia aka Joseph Andrew Valenzia, II<br>Debtor(s)<br>Carol Sue McCord Valenzia<br>Co-Debtor<br>Jack N Zaharopoulos<br>Trustee | CASE NO. 1:21-bk-00471-HWV<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the Certificate of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on September 29, 2022, Doc. 76, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 4115 York Road, New Oxford, PA 17350 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. The stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) has been waived.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 10, 2024