In re:                                             Case No. 21-00471-HWV

Joseph Andrew Valenzia                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                       User: AutoDocke                          Page 1 of 3
Date Rcvd: Jan 23, 2025               Form ID: ordsmiss                      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Andrew Valenzia, 4115 York Road, New Oxford, PA 17350-9116 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5394776 | | EDI: BANKAMER | Jan 23 2025 23:45:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5396175 | + | EDI: BANKAMER2 | Jan 23 2025 23:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5394777 | + | Email/Text: Bankruptcy@BAMcollections.com | Jan 23 2025 18:55:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5394778 | | EDI: WFNNB.COM | Jan 23 2025 23:45:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 5394779 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jan 23 2025 18:55:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5394780 | + | EDI: CCS.COM | Jan 23 2025 23:45:00 | Credit Collection Services, 725 Canton Streeet, Norwood, MA 02062-2679 |
| 5394781 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2025 19:01:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5394774 | | EDI: IRS.COM | Jan 23 2025 23:45:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5405350 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 19:02:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5394783 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 23 2025 18:55:00 | Met Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5394782 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 23 2025 18:55:00 | Met Ed, 76 S Main Street, A-RPC, Akron, OH 44308-1890 |
| 5407948 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 23 2025 18:55:00 | Metropolitan Edison Company, 101 Crawfords Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5394784 | + | EDI: AGFINANCE.COM | Jan 23 2025 23:45:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5394775 | | EDI: PENNDEPTREV | Jan 23 2025 23:45:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5394775 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 18:55:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5410452 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recipient ID | Method | Date/Time | Recipient |
|---|---|---|---|
|  |  | Jan 23 2025 18:55:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 5394785 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 18:55:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5394786 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 18:55:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5409431 | EDI: Q3G.COM | Jan 23 2025 23:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5394787 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 18:55:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5394788 | + Email/Text: bankruptcy@towerfcu.org | Jan 23 2025 18:55:00 | Tower Federal C U, 7901 Sandy Spring Rd, Laurel, MD 20707-3589 |
| 5394789 | + Email/Text: bankruptcy@towerfcu.org | Jan 23 2025 18:55:00 | Tower Federal CU, Attn: Bankruptcy, Po Box 123, Annapolis Junction, MD 20701-0123 |
| 5400328 | + Email/Text: bankruptcy@towerfcu.org | Jan 23 2025 18:55:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 5399743 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 18:55:00 | U.S. Bank National Association as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5394790 | ^ MEBN | Jan 23 2025 18:44:48 | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5394791 | + EDI: USAA.COM | Jan 23 2025 23:45:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5394792 | + Email/Text: kcm@yatb.com | Jan 23 2025 18:55:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon |  |

| | |
|---|---|
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| | on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Joseph Andrew Valenzia gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank National Association as trustee for GSMPS Mortgage Loan Trust 2006-RP2 Mortgage Pass-Through Certificates Series 2006-RP2 mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Joseph Andrew Valenzia,<br>aka Joseph Andrew Valenzia II, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21−bk−00471−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 23, 2025

ordsmiss (05/18)